JAMES A. SAVILLE, JR. (JS-4835)
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - -x
TEXTAINER EQUIPMENT MANAGEMENT             :
LIMITED,                                    :
                                            :
                    Plaintiff,              :
                                            :
            - Against -                     :
                                            :
MEGAFEEDER (Pvt) LIMITED, FORBES           :   **RULE 7.1 STATEMENT**
FORBES CAMPBELL & CO. (Pvt) LIMITED        :
and HULL & HATCH LOGISTICS LLC,            :
                                            :
                    Defendants.             :
- - - - - - - - - - - - - - - - - - - - -x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **TEXTAINER EQUIPMENT MANAGEMENT LIMITED** certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

Plaintiff is a wholly owned subsidiary of TEXTAINER GROUP HOLDINGS LIMITED, a publicly traded company.

DATE: November 8, 2007

_____
James A. Saville, Jr. (JS-4835)