JAMES A. SAVILLE, JR. (JS-4835)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
TEXTAINER EQUIPMENT MANAGEMENT       :
LIMITED,
                                     :   Index No.:
                 Plaintiff,          :   07 CV 9893    (JLK)

        - Against -                  :
                                         SAVILLE AFFIRMATION
MEGAFEEDER (Pvt) LIMITED, FORBES     :   PURSUANT TO RULE (B)
FORBES CAMPBELL & CO. (Pvt)          :
LIMITED and HULL & HATCH             :
LOGISTICS LLC,                       :

                 Defendants.         :
- - - - - - - - - - - - - - - - - -X

I, James A. Saville, Jr., hereby affirm as follows:

1. I am a member of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2. This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendants, Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC, are corporations or other business entity which cannot be "found" within this District for the purpose of an attachment under Rule B.

4. I contacted the office of the New York Department of State, Division of Corporations on November 6, 2007, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC". The search result indicated that none of the defendants are New York corporations, nor are they licensed, authorized or registered to do business in the State of New York as either domestic or foreign corporations.

5. I consulted with Directory Assistance for New York on November 6, 2007, for area codes (212), (718), (914), (646), and toll-free listings and no listing for Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC PT.

6. I accessed on November 6, 2007, through Microsoft Internet Explorer, the Yellow Pages telephone directory database and found no listing in that database for any office or agent of Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited of Hull & Hatch Logistics LLC in the State of New York.

7. I accessed the Google search engine and conducted searches for Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC. I found no website maintained by either Megafeeder (Pvt) Limited or Forbes Forbes Campbell & Co. (Pvt) Limited. I found that Hull & Hatch Logistics LLC is based in Dubai.

8. Based upon the foregoing, it is respectfully submitted that defendants Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC cannot be "found" within this District within the meaning of Rule B, thus justifying issuance of an order of attachment against the assets of defendants Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC as may be found within this District up to and including the amount of the claim as specified in the Verified

Complaint.

I hereby confirm under the penalty of perjury that the foregoing is true and correct.

Dated:   November 8, 2007

_____
James A. Saville, Jr. (JS-4835)

29663\Rule B\Saville Rule B Affirmation