

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699           e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

November 30, 2007

BY HAND

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street

---

**FedEx Express International Air Waybill**   /0046/0050/0037038013/1

**1 From**
Date: 11 30 07
Sender's FedEx Account Number: 0100-5849-0
Sender's Name: C M PANAGOS
Phone: 212 669-0600
Company: HILL RIVKINS & HAYDEN LLP
Address: 45 BROADWAY FL 15
City: NEW YORK   State/Province: NY
Country: US   ZIP Postal Code: 100063793

**2 To**
Recipient's Name: MR. MANSOOR HARIS - CEO
Company: HULL & HATCH LOGISTICS LLC
Address: REGIONAL HQ, SUITE #301, III Floor
Address: OFFICE LAND BUILDINGS
City: KARAMA, DUBAI
Country: UNITED ARAB EMIRATES

**3 Shipment Information**
Total Packages: 1
Total Weight: 3 lbs
DIM: 11 / 8.5 / 5 in

Commodity Description: documents
Country of Manufacture: USA
Value for Customs: -0
Total Declared Value for Carriage: -0
Total Value for Customs: -0

**4 Express Package Service**: FedEx Intl. Priority

**5 Packaging**: FedEx Envelope

**7a Payment** Bill transportation charges to: Sender

**7b Payment** Bill duties and taxes to: Sender

**8 Your Internal Billing Reference**: 29663-JAS

FedEx Tracking Number: 8636 3996 6078

521

---

Tel: (916) 859-4910   Fax: (916) 859-4911

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Textainer Equipment Management Limited | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC, | |
| Defendants, | 07 CV 9893 (JGK) |

*U.S. DISTRICT COURT FILED NOV 30 2007 S.D. OF N.Y.*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30th day of November, 2007

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 8th day of November, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8636 3996 6078**

*J. Michael McMahon*
CLERK

Dated: New York, NY