**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -x
TEXTAINER EQUIPMENT MANAGEMENT
LIMITED,

             Plaintiff,    :

- Against -    :

MEGAFEEDER (Pvt) LIMITED, FORBES  :
FORBES CAMPBELL & CO. (Pvt)  :
LIMITED and HULL & HATCH  :
LOGISTICS LLC,  :

             Defendants.  :
- - - - - - - - - - - - - - - - - -x

Index No.:
07 CV 9893

ORDER APPOINTING SPECIAL
PROCESS SERVICE PURSUANT
TO RULE 4 (c)

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of James A. Saville, Jr., sworn to on November 8TH, 2007, and good cause having been shown, it is on this ___ day of November, 2007.

    O R D E R E D that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for,

or on account of, Defendants Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendants Megafeeder (Pvt) Limited, Forbes Forbes Campbell & Co. (Pvt) Limited and Hull & Hatch Logistics LLC.

Dated: New York, New York
11/9/07

_____
UNITED STATES DISTRICT JUDGE