HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEXTAINER EQUIPMENT MANAGEMENT LIMITED,

    Plaintiff,

vs.

MEGAFEEDER (PVT) LIMITED, FORBES FORBES CAMPBELL & CO. (PVT) LIMITED and HULL & HATCH LOGISTICS LLC,

    Defendant.

: Index No.: 07-CV-9893 (JGK)
:
: **NOTICE OF APPEARANCE**

---

  PLEASE TAKE NOTICE that Christopher M. Panagos of Hill Rivkins & Hayden LLP, hereby enters his appearance on behalf of Plaintiff Textainer Equipment Management Limited.

Dated: December 5, 2007
  New York, New York

        HILL RIVKINS & HAYDEN LLP
        *Attorneys for Plaintiff*

  By: *[signature: Christopher M Panagos]*
        Christopher M. Panagos (CP 2199)
        45 Broadway, Suite 1500
        New York, New York 10006
        (212) 669-0600