

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEXTAINER EQUIPMENT MANAGEMENT,
LIMITED,

          Plaintiff,      07 Civ. 9893 (JGK)

  - against -            ORDER

MEGAFEEDER (PVT) LIMITED, FORBES FORBES
CAMPBELL & CO. (PVT) LIMITED, and
HULL & HATCH LOGISTICS, LLC,

          Defendants.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the hearing held on December 12, 2007, the defendant's application for vacatur of the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment dated November 9, 2007, is denied without prejudice.

SO ORDERED.

Dated:    New York, New York
          December 12, 2007

                                    John G. Koeltl
                                United States District Judge